



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION DEPARTMENT**

SD/NY P# 7252631

**TO:**   Jim Molinelli
Docket Clerk

**FROM:**   Lauren Blackford
U.S. Probation Officer Specialist

Re: Jamar Green
Dkt No.: 1:10CR179

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response to this office so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By:  *Lauren Blackford*

Lauren Blackford
U.S. Probation Officer Specialist
212-805-0076

Approved By:
*Elisha Rivera*

Elisha Rivera
Supervising U.S. Probation Officer
212-805-5114

DATE: August 11, 2021

Jamar Green                                    2                    7252631 – Lauren Blackford
Docket Number: 1:10CR179

## REQUEST FOR COURT ACTIONS / DIRECTION

TO:     Jim Molinelli                OFFENSE: Conspiracy to Possess with Intent to
        Docket Clerk                  Distribute More than 5 Kilograms of Cocaine and
                                      50 Grams of Cocaine Base, in Violation of 21
                                      U.S.C. 846, 841(b)(1)(A), 851; Forfeiture
                                      Allegation, in Violation of 21 U.S.C. 853.

FROM:   Lauren Blackford              ORIGINAL SENTENCE: Two Hundred Forty
        U.S. Probation Officer        (240) Months' Imprisonment; Ten (10) Years
        Specialist                    Supervised Release.

                                      SPECIAL CONDITIONS:
                                          (1) Alcohol restrictions.
                                          (2) Substance abuse treatment/testing.

                                      $100.00 Assessment

RE:     Jamar Green                   AUSA: To Be Assigned
        Docket # 1:10CR179            Defense Counsel: To Be Assigned

                                      MED: February 18, 2031

DATE OF SENTENCE: October 6, 2011

DATE: August 11, 2021

ATTACHMENTS:    ☐ PSI          ☒ JUDGMENT        ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

### REQUEST FOR TRANSFER OF JURISDICTION

On October 6, 2011, the above-mentioned individual was sentenced as outlined above in the Northern District of New York, by the Lawrence E. Kahn, Senior U.S. District Judge.

On August 11, 2021, we received a letter from the Northern District of New York, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Green's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed is the original form of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the Form 22 as it is required for both districts to complete the transfer.

Jamar Green                                    3                        7252631 – Lauren Blackford
Docket Number: 1:10CR179

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                                Respectfully submitted,
                                                Michael Fitzpatrick
                                                Chief U.S. Probation Officer

by  *Lauren Blackford*

                                                Lauren Blackford
                                                U.S. Probation Officer Specialist
                                                212-805-0076

Approved By:

*Elisha Rivera*                August 11, 2021

Elisha Rivera                      Date
Supervisory U.S. Probation Officer

Jamar Green  4  7252631 – Lauren Blackford
Docket Number: 1:10CR179

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ]   Transfer of Jurisdiction to the Southern District of New York APPROVED

[ ]   Transfer of Jurisdiction to the Southern District of New York DENIED

[ ]   Other

_____
_____
_____
_____

_____
United States District Judge

_____
Date